UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALEXIS DOCTOR

vs. CA 05-424ML

ADULT CORRECTIONAL
INSTITUTION

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **November 15, 2005.**

SO ORDERED

Mary M. Lisi

Mary M. Lisi
United States District Judge
~~November~~ October 19 ,2005

Entered as an Order of this Court ~~November~~ October 20 , 2005.

Barbara Barletta

Deputy Clerk