UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

PROVIDENCE, DC

UNITED STATES DISTRICT
OF RHODE ISLAND

ALEXIS DOCTOR
Petitioner

vs.

C.A. 05 424 ML

ASHBEL T. WALL, II Director
of the Adult Corrections
Respondent

## Motion for Appointment of Counsel

Petitioner, Alexis Doctor, pro se, moves pursuant to 18 U.S.C. §3006A(g) and request this Court appoint counsel to represent petitioner in this appilcation for 28 U.S.C. §2254 Writ of Habeas Corpus petition for the following reasons:

1. Petitioner is not able to afford counsel.

2. Petitioner issues involved in this case are complex.

3. Petitioner is not famialar with the laws govering this State or Federal.

4. The issues involved in this case will require adequate representation and presentation of all issues that will appear before this Honorable Court.

5. Petitioner lacks any knowledge of law to receive and present the issues that would of great concern.

6. The ends of justice would best be served in this case by the appointment of counsel.

WHEREFORE, Petitioner prays that this Court will grant the relief sought herein this Motion.

Alexis Doctor

Alexis Doctor, pro se
P.O. Box 8273
Cranston, RI 02920