**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALEXIS DOCTOR** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 05-424 ML** |
| | : | |
| **ADULT CORRECTIONAL** | : | |
| **INSTITUTION** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MOTION TO SUBMIT STATE BRIEFS AND OPINIONS AS ATTACHMENTS/EXHIBITS TO ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S "PETITION UNDER 28 U.S.C. §2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY"**

Now comes the State of Rhode Island, by and through its attorneys, and, for the reasons expressed in the accompanying supporting memorandum, respectfully moves to submit, with the State of Rhode Island's memorandum in the above-captioned case, the briefs that the parties filed in the relevant state courts proceedings, and the decisions of the Rhode Island Supreme Court in State v. Doctor, 690 A.2d 321 (R.I. 1997), and Doctor v. State, 865 A.2d at 1066.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN, #4438**
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify that on the 1st day of November 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Alexis Doctor , pro-se, at his last known address of PO Box 8272, Cranston, Rhode Island, 02920.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALEXIS DOCTOR** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 05-424 ML** |
| | : | |
| **ADULT CORRECTIONAL** | : | |
| **INSTITUTION** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION TO SUBMIT STATE BRIEFS AND OPINIONS AS ATTACHMENTS/EXHIBITS TO ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S "PETITION UNDER 28 U.S.C. §2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY"**

Rule 5(d) of the *Rules Governing Section 2254 Cases in the United States District Courts* requires the respondent to file, with the answer to an applicant's habeas petition, "a copy of (1) any brief that the petitioner submitted in an appellate court contesting the conviction or sentence, or contesting an adverse judgment or order in a post-conviction proceeding ; (2) any brief that the prosecution submitted in an appellate court relating to the conviction or sentence; and (3) the opinions and dispositive orders of the appellate court relating to the conviction or the sentence."

Wherefore, the State would respectfully ask that it be permitted to file such materials with this Honorable Court.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN, #4438**
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify that on the 1st day of November 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Alexis Doctor, pro-se, at his last known address of PO Box 8272, Cranston, Rhode Island, 02920.