UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALEXIS DOCTOR<br>Petitioner | : | |
| | : | |
| v. | : | C.A. 05-424 ML |
| | : | |
| ADULT CORRECTIONAL INSTITUTION<br>Respondent | : | |

**STATE OF RHODE ISLAND'S MOTION TO SUBMIT STATE BRIEFS AND OPINIONS AS ATTACHMENTS/EXHIBITS TO ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S "PETITION UNDER 28 U.S.C. §2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY"**

Now comes the State of Rhode Island, by and through its attorneys, and, for the reasons expressed in the accompanying supporting memorandum, respectfully moves to submit, with the State of Rhode Island's memorandum in the above-captioned case, the briefs that the parties filed in the relevant state courts proceedings, and the decisions of the Rhode Island Supreme Court in State v. Doctor, 690 A.2d 321 (R.I. 1997), and Doctor v. State, 865 A.2d at 1066.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Granted.
Mary M. Lisi
USDJ 11/7/05

**AARON L. WEISMAN, #4438**
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903

## CERTIFICATION

I hereby certify that on the 1st day of November 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Alexis Doctor, [illegible], pro-se, at his last known address of PO Box 8272, Cranston, Rhode Island, 02920.