UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ALEXIS DOCTOR**

**v.** **C.A. 05-424ML**

**A.T. WALL, Director**
**Rhode Island Department of Corrections**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Defendant, A.T. Wall, against the plaintiff, Alexis Doctor, per to the Memorandum and Order dated March 28, 2007 DENYING AND DISMISSING the Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.**

**Enter:**

Barbara Barletta
**Deputy Clerk**

**DATED: March 28, 2007**